UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS REED, | No. 2:13-cv-1811-JAM-EFB P |
| Plaintiff, | |
| v. | ORDER |
| UNKNOWN, | |
| Defendant. | |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He has filed a letter directed to the "deputy clerk" claiming that he has been threatened by prison staff and requesting help. ECF No. 1. As discussed below, plaintiff has not properly commenced a civil action.

A complaint is necessary for the commencement of a civil action and must contain a short and plain statement of plaintiff's claim, showing that he is entitled to relief. Fed. R. Civ. P. 3; Fed. R. Civ. P. 8. Plaintiff may draft his claims on the form complaint used by this court.

To proceed with a civil action, a plaintiff must pay the $400 filing fee required by 28 U.S.C. § 1914(a) or request leave to proceed in forma pauperis and submit the affidavit and trust account statement required by 28 U.S.C. § 1915(a). Section 1915(a)(2) requires "a prisoner seeking to bring a civil action without prepayment of fees or security therefor, in addition to filing the affidavit filed under paragraph (1), shall submit a certified copy of the trust fund

1  account statement (or institutional equivalent) for the prisoner for the 6-month period
2  immediately preceding the filing of the complaint . . . , obtained from the appropriate official of
3  each prison at which the prisoner is or was confined." In order to proceed, plaintiff must either
4  pay the filing fee or comply with the in forma pauperis statute.
5       Until plaintiff submits a complaint and either pays the filing fee or meets the requirements
6  of 28 U.S.C. § 1915(a), there simply is no case before the court.
7       Accordingly, it hereby is ORDERED that:
8       1.  The Clerk of the Court shall send to plaintiff the form complaint and application for
9  leave to proceed in forma pauperis used in this court.
10      2. Within 30 days of the date of this order, plaintiff shall either pay the $400 filing fee or
11 submit a complete application for leave to proceed in forma pauperis; and
12      3.  Within 30 days of the date of this order, plaintiff shall submit a complaint stating the
13 nature of the action and his belief that he is entitled to redress.  Failure to comply with this order
14 may result in a recommendation that this action be dismissed.
15 DATED: September 26, 2013.

                                  EDMUND F. BRENNAN
                                  UNITED STATES MAGISTRATE JUDGE