UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS REED,

        Plaintiff,

  v.

UNKNOWN,

        Defendant.

No.  2:13-cv-1811-JAM-EFB P

ORDER

      Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.  He has filed a letter directed to the "deputy clerk" claiming that he has been threatened by prison staff and requesting help.  ECF No. 1.  As discussed below, plaintiff has not properly commenced a civil action.

      A complaint is necessary for the commencement of a civil action and must contain a short and plain statement of plaintiff's claim, showing that he is entitled to relief.  Fed. R. Civ. P. 3; Fed. R. Civ. P. 8.  Plaintiff may draft his claims on the form complaint used by this court.

      To proceed with a civil action, a plaintiff must pay the $400 filing fee required by 28 U.S.C. § 1914(a) or request leave to proceed in forma pauperis and submit the affidavit and trust account statement required by 28 U.S.C. § 1915(a).  Section 1915(a)(2) requires "a prisoner seeking to bring a civil action without prepayment of fees or security therefor, in addition to filing the affidavit filed under paragraph (1), shall submit a certified copy of the trust fund

1

1    account statement (or institutional equivalent) for the prisoner for the 6-month period

2    immediately preceding the filing of the complaint . . . , obtained from the appropriate official of

3    each prison at which the prisoner is or was confined." In order to proceed, plaintiff must either

4    pay the filing fee or comply with the in forma pauperis statute.

5        Until plaintiff submits a complaint and either pays the filing fee or meets the requirements

6    of 28 U.S.C. § 1915(a), there simply is no case before the court.

7        Accordingly, it hereby is ORDERED that:

8        1.  The Clerk of the Court shall send to plaintiff the form complaint and application for

9    leave to proceed in forma pauperis used in this court.

10       2. Within 30 days of the date of this order, plaintiff shall either pay the $400 filing fee or

11   submit a complete application for leave to proceed in forma pauperis; and

12       3.  Within 30 days of the date of this order, plaintiff shall submit a complaint stating the

13   nature of the action and his belief that he is entitled to redress.  Failure to comply with this order

14   may result in a recommendation that this action be dismissed.

15   DATED: September 26, 2013.

17       EDMUND F. BRENNAN
         UNITED STATES MAGISTRATE JUDGE