UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS REED,

        Plaintiff,

   v.

UNKNOWN,

        Defendant.

No. 2:13-cv-1811-JAM-EFB P

FINDINGS AND RECOMMENDATIONS

     Thomas Reed is a state prisoner proceeding without counsel. This action was opened when Mr. Reed filed a filed a letter directed to the "deputy clerk" claiming that he had been threatened by prison staff and requesting help. ECF No 1.

     A complaint is necessary for the commencement of a civil action. Fed. R. Civ. P. 3. In addition, a plaintiff must pay the $400 filing fee required by 28 U.S.C. § 1914(a) or request leave to proceed in forma pauperis and submit the affidavit and trust account statement required by 28 U.S.C. § 1915(a).

     On September 27, 2013, the court advised Mr. Reed that he had not properly commenced a civil action. ECF No. 9. The court granted him 30 days to properly commence a civil action and warned him that failure to do so could result in a recommendation that this action be dismissed. Those 30 days have passed and Mr. Reed has not filed the necessary documents. Instead, he has filed a request for counsel and a letter to the Clerk of the Court. ECF Nos. 10, 11.

1

1     Mr. Reed has not submitted a complaint and either paid the filing fee or met the
2 requirements of 28 U.S.C. § 1915(a), and there is simply no case before the court.  For this
3 reason, the court takes no action on the outstanding request for counsel.
4     Accordingly, it hereby is RECOMMENDED that the Clerk of the Court be directed to
5 close the file.
6     These findings and recommendations are submitted to the United States District Judge
7 assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days
8 after being served with these findings and recommendations, any party may file written
9 objections with the court and serve a copy on all parties.  Such a document should be captioned
10 "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the
11 objections shall be served and filed within fourteen days after service of the objections.  The
12 parties are advised that failure to file objections within the specified time may waive the right to
13 appeal the District Court's order.  *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez*
14 *v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

15 DATED:  October 31, 2013.

16     EDMUND F. BRENNAN
17     UNITED STATES MAGISTRATE JUDGE