UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS REED,<br><br>        Plaintiff,<br><br>   v.<br><br>UNKNOWN,<br><br>        Defendant. | No.  2:13-cv-1811-JAM-EFB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.  On October 31, 2013, the court recommended that this action be dismissed after plaintiff failed to submit a complaint and either pay the filing fee or apply for in forma pauperis status.  Thereafter, plaintiff filed a complaint and a partial application to proceed in forma pauperis.  In light of plaintiff's filings, the court will vacate the October 31, 2013 findings and recommendations.  However, the court cannot review plaintiff's complaint until plaintiff properly files an application to proceed in forma pauperis.  Plaintiff has filed the required certified trust account statement, but has not filed the required affidavit in support of his request to proceed in forma pauperis.

In addition, plaintiff requests appointment of counsel. District courts lack authority to require counsel to represent indigent prisoners in section 1983 cases.  *Mallard v. United States Dist. Court*, 490 U.S. 296, 298 (1989).  In exceptional circumstances, the court may request an

1

attorney to voluntarily to represent such a plaintiff.  *See* 28 U.S.C. § 1915(e)(1); *Terrell v. Brewer*, 935 F.2d 1015, 1017 (9th Cir. 1991); *Wood v. Housewright*, 900 F.2d 1332, 1335-36 (9th Cir. 1990).  When determining whether "exceptional circumstances" exist, the court must consider the likelihood of success on the merits as well as the ability of the plaintiff to articulate his claims pro se in light of the complexity of the legal issues involved.  *Palmer v. Valdez*, 560 F.3d 965, 970 (9th Cir. 2009).  Having considered those factors, the court finds there are no exceptional circumstances in this case.

Accordingly, IT IS HEREBY ORDERED that:

1. The October 31, 2013 findings and recommendations (ECF No. 12) are vacated.
2. Within 30 days from the date of this order, plaintiff shall file a completed affidavit in support of his application to proceed in forma pauperis.  Failure to comply with this order may result in another recommendation of dismissal.
3. The Clerk of the court is directed to send to plaintiff a new form Application to Proceed In Forma Pauperis by a Prisoner.
4. Plaintiff's request for appointment of counsel (ECF No. 10) is denied without prejudice.

DATED: January 29, 2014.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2